JP:MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

TERRELL JORDAN,

               Defendant.

- - - - - - - - - - - - - - - - - -X

12 M 689

REMOVAL TO THE
DISTRICT OF VERMONT

(Fed. R. Crim. P. 5)

EASTERN DISTRICT OF NEW YORK, SS:

       Shawn Larson, being duly sworn, deposes and states that he is a Deputy United States Marshal, duly appointed according to law and acting as such.

       On or about July 20, 2012, an arrest warrant was issued by the United States District Court for the District of Vermont commanding the arrest of the defendant TERRELL JORDAN for a violation of conditions of pretrial supervision, pursuant to Title 18, United States Code, Section 3148(b).

       The source of your deponent's information and the grounds for his belief are as follows:

       1.   In or about December 8, 2011, the defendant TERRELL JORDAN was indicted by a grand jury in the District of Vermont in a two-count superseding indictment. The indictment is attached hereto.

       2.   On or about December 21, 2011, the defendant TERRELL JORDAN was released on a bond, which set forth the conditions of his release. The defendant is being supervised by Pretrial Services in the Eastern District of New York.

3. On or about July 20, 2012, the District Court for the District of Vermont issued an arrest warrant for the defendant TERRELL JORDAN for violating the conditions of his pretrial release. A copy of the arrest warrant from the District of Vermont and a copy of the Violation Report, dated July 10, 2012, are attached hereto.

4. On July 20, 2012, the defendant TERRELL JORDAN appeared at the offices of Pretrial Services, Eastern District of New York, for a previously scheduled meeting with the defendant's pretrial services officer, Jeannine Quijije, who has met the defendant on numerous occasions. Officer Quijije notified the U.S. Marshals of the defendant's arrival and confirmed that the defendant is TERRELL JORDAN the individual named in the arrest warrant. The undersigned then executed the arrest warrant, and, in doing so, asked the defendant for his name, date of birth and Social Security number. The defendant provided the identifying information for the individual named in the warrant.

WHEREFORE, it is requested that the defendant TERRELL JORDAN be dealt with according to law.

*[signature]*
SHAWN LARSON
Deputy Marshal
United States Marshals Service

Sworn to before me this
20th day of July, 2012

---

HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK